# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ALI S. MUHAMMAD and
ASM HOLDINGS 64 LLC,

      Plaintiffs,

vs.

LAST CHANCE FUNDING, INC.;
MITCHELL LEVY; JOSEPH I. SUSSMAN,
and JOSEPH I. SUSSMAN, P.C.,

      Defendants.

CASE NO.: 1:17-CV-0266-LMM

JURY TRIAL DEMANDED

_____/

## VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiffs, Ali S. Muhammad and ASM Holdings 64 LLC, by and through their undersigned attorney, and files this, their Voluntary Dismissal with prejudice of the above-entitled action.

Dated this 17 day of March, 2017.

_____
C. Samuel Rael, Attorney for Plaintiffs

2221 Peachtree Road
Suite D-114
Atlanta, GA 30309

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Amended Complaint has been furnished to the following:

1

Last Chance Funding, Inc.
C/O 333 Pearsall Ave. Suite 205
Cedarhurst, NY 11516

Mitchell Levy
411 Hempstead Turnpike
West Hempstead, NY 11552

Joseph I. Sussman
Joseph I. Sussman, P.C.
333 Pearsall Ave. Suite 205
Cedarhurst, NY 11516

This 17 day of March, 2017.

_____
C. Samuel Rael, Attorney for Plaintiffs

2221 Peachtree Street NE
Suite D-114
Atlanta, GA 30309

2